**ASSOCIATION OF PENNSYLVANIA STATE COLLEGE AND UNIVERSITY FACULTIES, Appellant**

v.

**PENNSYLVANIA STATE SYSTEM OF HIGHER EDUCATION; Commonwealth of Pennsylvania, Appellee**

Association of Pennsylvania State College and University Faculties, Appellee

v.

Pennsylvania State System of Higher Education; Commonwealth of Pennsylvania, Appellant

No. 10 MAP 2016
No. 78 MAP 2015

Supreme Court of Pennsylvania.

ARGUED: November 2, 2016
DECIDED: April 26, 2017

James L. Cowden, Esq., Jennifer Anne Nachamkin Esq., Strokoff & Cowden, P.C., for Association of Pennsylvania State College and University Faculties.

Julie Ann Aquino, Esq., Brian P. Gabriel, Esq., Campbell Durrant Beatty Palombo & Miller, P.C., Michael Scott Ferguson, Esq., Andrew Charles Lehman, Esq., Pennsylvania State System of Higher Education (PASSHE), for Pennsylvania State System of Higher Education and Commonwealth of Pennsylvania.

## ORDER

PER CURIAM

**AND NOW,** this 26th day of April, 2017, the order of the Commonwealth Court dated January 13, 2016, amending its order dated September 17, 2015, is **affirmed.**